UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

EMILY CAPKANIS,

               Plaintiff,

v.

PRODIGY NETWORK LLC,

               Defendant.

------------------------------------------------------------x

Civil Action No.: 20-cv-07144(CM)

~~PROPOSED~~ ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2021

This action having been commenced on September 2, 2020 by the filing of the Summons and Complaint, upon the filing of a Summons and Amended Complaint on September 14, 2020, and a copy of the Summons and Amended Complaint having been personally served on Defendant Prodigy Network LLC's registered agent Amy McLaren, Managing Agent of Defendant's registered agent National Registered Agents, Inc. at 1209 Orange Street, Wilmington, Delaware 19801 on September 17, 2020, and a proof of service having been filed on November 12, 2020 and Defendant not having answered the Complaint or Amended Complaint, and the time for answering the Complaint and Amended Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED** that Plaintiff has judgment against Defendant in the amount to be determined at a later date following an inquest before the undersigned.

Dated: 3/16/2021
New York, New York

So Ordered:

_____
COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE