# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Valdi Licul**
vlicul@wigdorlaw.com

March 31, 2021

**VIA ECF**

The Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007

*Can administratively close this case.*

/s/ Colleen McMahon
9/28/2021

Re:   Capkanis v. Prodigy Network LLC; Case No.: 20-cv-07144(CM)

Dear Judge McMahon:

We represent Plaintiff Emily Capkanis in the above-referenced matter and write to inform the Court that we received notice on March 30, 2021 that Defendant Prodigy Network LLC filed for bankruptcy under Chapter 7 of the United States Bankruptcy code on March 25, 2021. See In re: Prodigy Network, LLC, No. 21-10622 (JTD) (Bankr. D. Del.). The Section 341 Meeting of Creditors is scheduled to occur on April 29, 2021. Pursuant to 11 U.S.C. § 362, the proceedings in the present case are therefore stayed.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

/s/ Valdi Licul
Valdi Licul

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2021